IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**RAYMOND McCORMICK,**

    **Plaintiff,**

v.                                              CIVIL ACTION NO. 2:21-cv-00189
                                                    Judge John T. Copenhaver, Jr.
                                                      Magistrate Judge Dwane L. Tinsley

**SPARTAN MINING COMPANY, LLC,**

    **Defendant.**

## ORDER OF DISMISSAL

This day came the parties, by their respective counsel, and jointly announced to the Court that all claims existing among and between parties have been fully and completely resolved by settlement agreement and therefore, the parties jointly move this Court for an Order dismissing this matter from the docket. After considering the motion and for good cause shown, the Court GRANTS the motion.

Therefore, it is hereby ORDERED that all claims herein are dismissed with prejudice, all parties bearing their own costs. The Clerk is DIRECTED to close this case and to send a certified copy of this Dismissal Order to all counsel of record upon entry.

IT IS SO ORDERED.

                                                                                 _____
                                                                                HONORABLE JOHN T. COPENHAVER, JR.

                                                                                 ENTER: February 3, 2022

Prepared by:

/s/ James P. McHugh
Christopher D. Pence (WVSB # 9095)
James P. McHugh (WVSB # 6008)
Hardy Pence, PLLC
10 Hale Street, 4th Floor (25301)
P.O. Box 2548
Charleston, WV 25329
*Counsel for Defendant*


Agreed by:

/s/ D. Christopher Hedges
L. Danté diTrapano, Esq. (WV Bar No. 6778)
D. Christopher Hedges, Esq. (WV Bar No. 7894)
CALWELL LUCE DITRAPANO PLLC
Law and Arts Center West
500 Randolph Street
Charleston, WV 25302*Counsel for Plaintiff*

2